**RECEIVED**
IN LAFAYETTE, LA.

MAR - 7 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

L-O

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05 60008 |
| VERSUS | : | JUDGE  **JUDGE HAIK** |
| LAWRENCE MICHAEL HANDLEY | : | MAGISTRATE JUDGE  MAGISTRATE JUDGE METHVIN |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

**Passing Fictitious Obligations**
**18 U.S.C. § 514(a)(2)**

On or about the 27th day of October 2003, in the Western District of Louisiana and elsewhere, the defendant, LAWRENCE MICHAEL HANDLEY, with intent to defraud, did knowingly make, possess and utter a fictitious instrument appearing, representing and purporting, through scheme and artifice, to be an actual security or other financial instrument issued under the authority of an organization, to wit: on or about the 27th day of October 2003, in the Western District of Louisiana, the defendant, LAWRENCE MICHAEL HANDLEY, did make, possess and utter a fictitious security in the form of check

number 63455 drawn on Republic National Bank, P.O. Box 7850, Abbeville, LA 94039-7850, in the amount of $22,000.00, payable to Million Air Charters, all in violation of Title 18, United States Code, Section 514(a)(2) [18 U.S.C. § 514(a)(2)].

    DONALD W. WASHINGTON
    United States Attorney

    HOWARD C. PARKER (800008)
    Assistant United States Attorney
    800 Lafayette Street, Suite 2200
    Lafayette LA 70501-6832
    Telephone: (337)262-6618